UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD LIFF,<br>    Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, aka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, THE AMERISOURCE BERGEN COPRORATION LONG TERM DISABILITY PLAN, and AMERISOURCEBERGEN CORPORATION, aka AMERISOURCEBERGEN DRUG CORPORATION<br>    Defendants | Civil Action No. 05-11672-WGY |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Defendant Liberty Life Assurance Company of Boston ("Liberty Life") provides the following disclosures pursuant to Local Rule 7.3: The parent corporations of Liberty Life are Liberty Mutual Holding Company Inc., LMHC Massachusetts Holdings Inc., Liberty Mutual Group Inc., Liberty Mutual Insurance Company, and Liberty Mutual Fire Insurance Company. No publicly held corporation owns 10% or more of Liberty Life's stock.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
By its attorneys,

/s/ Richard W. Paterniti
Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

September 26, 2005