UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

HAROLD LIFF,
       Plaintiff

    v.

LIBERTY MUTUAL INSURANCE COMPANY,
a/k/a LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, THE AMERISOURCE BERGEN
CORPORATION LONG TERM DISABILITY
PLAN and AMERISOURCE BERGEN
CORPORATION a/k/a AMERISOURCE BERGEN
DRUG CORPORATION,
       Defendants

CIVIL ACTION NO. 05-11672 WGY

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Plaintiff, Harold Liff, and the undersigned counsel for Plaintiff, in accordance with Rule

16.1(D)(3) of the Local Rules of the United States District Court for the District of

Massachusetts, hereby certify that they have conferred:

a.      with a view to establishing a budget for the cost of this litigation; and

b.      to consider the resolution of this case through the use of alternative dispute

      resolution programs, such as those outlined in Local Rule 16.4.


   /s/ Harold Liff                          /s/ Mark Bronstein
Harold Liff                         Mark Bronstein, BBO # 058640
                                 M. Katherine Sullivan, BBO # 649239
                                 LAW OFFICE OF MARK BRONSTEIN
                                 288 Walnut Street, Ste 120
                                 Newton, MA 02460
                                 (617)244-5551