◎AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

District of Massachusetts

2005 NOV -2  A 10: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

Harold Liff      V. Liberty Mutual Insurance Co., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **05 - 11672 WGY**

TO: (Name and address of Defendant)

Liberty Mutual Insurance Company aka
Liberty Life Assurance Company of Boston
175 Berkeley Street
Boston, MA 02117
c/o CT Corporation Systems
101 Federal Street   Boston MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Bronstein, Esq.
Law Office of Mark Bronstein
288 Walnut St, Suite 120
Newton MA 02460

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

8-12-05

DATE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*

August 19, 2005
I hereby certify and return that on 8/19/2005 at 2:50PM I served a true and
attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to Gail Brown,Process Clerk, agent and person in
charge at the time of service for Liberty Mutual Insurance Company, aka Liberty Life
Assurance Company of Boston, 175 Federal Street, c/o CT Corporation Boston, MA.
U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and
Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

_____
Deputy Sheriff

Deputy Sheriff   John Cotter