AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

District of Massachusetts

2005 NOV -2  A 10: 05

Harold Liff   v.   Liberty Mutual Insurance Co., et al

SUMMONS IN A CIVIL ACTION
DISTRICT OF MASS.

05 - 11672 WGY

CASE NUMBER:

TO: (Name and address of Defendant)

AmerisourceBergen Long Term Disability Plan
1300 Morris Dr, Suite 100
Chesterbrook, PA 19087
c/o CT Corporation Systems
101 Federal Street Boston MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Bronstein, Esq.
Law Office of Mark Bronstein
288 Walnut St, Suite 120
Newton MA 02460

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

8-12-05

CLERK

DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

August 19, 2005
I hereby certify and return that on 8/19/2005 at 3:30PM I served a true and
attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to Gail Brown, Process Clerk, agent at the time of
service for AmerisourceBergen Long Term Disability Plan, 101 Federal Street, c/o
CT Corporation Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH)
($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total
Charges $42.00

Deputy Sheriff   John Cotter                                    _____
                                                                  Deputy Sheriff