AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

FILED CLERKS OFFICE
2005 NOV -2 A 10:03
U.S. DISTRICT COURT
DISTRICT OF MASS.

Harold Lift v. Liberty Mutual Insurance Company, et al

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **05 - 11672 WGY**

TO: (Name and address of Defendant)

AmerisourceBergen Corporation aka AmerisourceBergen Drug Corporation
1300 Morris Dr, Suite 100
Chesterbrook, PA 19087
c/o CT Corporation Systems
101 Federal Street Boston MA 02110

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Bronstein, Esq.
Law Office of Mark Bronstein
288 Walnut St. Suite 120
Newton MA 02460

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    8-12-05
CLERK                                                DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

August 19, 2005

I hereby certify and return that on 8/19/2005 at 1:50PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Gail Brown, Process Clerk, agent and person in charge at the time of service for AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation, 101 Federal Street, c/o CT Corporation Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   John Cotter

_____
Deputy Sheriff