UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD LIFF,<br>    Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE<br>COMPANY, a/k/a LIBERTY LIFE<br>ASSURANCE COMPANY OF<br>BOSTON, THE AMERISOURCE<br>BERGEN CORPORATION LONG<br>TERM DISABILITY PLAN and<br>AMERISOURCE BERGEN<br>CORPORATION, a/k/a<br>AMERISOURCE BERGEN DRUG<br>CORPORATION,<br>    Defendants | CIVIL ACTION NO. 05-11672 WGY |

## LOCAL RULE 16.1(D) CERTIFICATION

The undersigned, as counsel for defendants The AmerisourceBergen Corporation Long Term Disability Plan and AmerisourceBergen Corporation and as an authorized representative of said defendants, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation and have considered resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

{K0313321.1}

_____
Sharon Van Sant
Director, Claims Management
AmerisourceBergen Corporation

_____
Edward S. Rooney, Jr., BBO No. 426840
Sandy Shen, BBO No. 646961
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Phone: (617) 342-6800
Fax:   (617) 342-6899

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by regular mail, postage prepaid, this 10th day of November, 2005.

_____
Edward S. Rooney, Jr.

{K0313321.1}