UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD LIFF<br><br>PLAINTIFF<br><br>V.<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br>A/K/A LIBERTY LIFE ASSURANCE CO. OF<br>BOSTON, THE AMERISOURCE BERGEN<br>LONG TERM DISABILITY PLAN AND<br>AMERISOURCE BERGEN CORPORATION<br>A/K/A AMERISOURCE BERGEN DRUG<br>CORPORATION<br><br>DEFENDANTS | CIVIL ACTION<br>NO. 05-11672-WGY<br><br>*March 28, 2006*<br>YOUNG D.J.<br>MOTION ALLOWED *as modified. The Trial date is not continued.*<br>*William G. Young*<br>U.S. District Judge |

## ASSENTED TO MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Fed.R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a) the Plaintiff, Harold Liff( "Mr. Liff") moves to modify the Scheduling Order in the above referenced matter by moving each date up by three weeks. Thus the scheduling order will be as modified as follows:

1) To the extent the parties disagree concerning the proper contents of the record for judicial review, the parties shall file memoranda concerning any additional materials they seek to have added to the record for judicial review by April 20, 2006.

2) Summary Judgment Motions with accompanying memoranda must be filed by May 21, 2006 ~~or within two months after the Court rules upon the record for judicial review.~~

1

As grounds for this motion, Mr. Liff states: (1) In accordance with the Court's February 21, 2006 referral of the above-referenced matter to Alternative Dispute Resolution Mediation, the matter is currently scheduled to be mediated by David Hoffman, Esq. on April 4, 2006. 2) The granting of this Motion will allow the Parties to avoid unnecessary costs if the mediation is successful 3) All parties agree to this schedule 4) No party will be prejudiced if the schedule is approved.

WHERFORE, the Plaintiff request that the court adopt the above revisions to the Scheduling Order.

Dated: March 24, 2006

                                        Respectfully submitted,

                                        HAROLD LIFF

                                        By his attorneys,

                                        /s/ Mark Bronstein
                                        Mark Bronstein
                                        BBO No. 058640
                                        M. Katherine Sullivan
                                        BBO No. 649239
                                        Law Office of Mark Bronstein
                                        288 Walnut Street, Suite 120
                                        Newton, MA 02458
                                        617-244-5551

ASSENTED TO:

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By their attorney:

/s/ Richard W. Paterniti
Andrew C. Pickett, BBO# 549872
Richard W. Paterniti, BBO# 645170
Jackson Lewis, LLP
75 Park Plaza

2

Boston, MA 02116

AMERISOURCEBERGEN LONG TERM DISABILITY PLAN
AND THE AMERISOURCE BERGEN CORPORATION

By their attorney,

/s/Edward S. Rooney, Jr.
Edward S. Rooney, Jr.,. BBO# 426840
Sandy Shen, BBO# 646961
ECKERT SEAMANS CHERIN & MELOTT, LLC
One International Place, 18th Floor
Boston, MA 02110

## CERTIFICATE OF SERVICE

I hereby certify that on this date this motion was served through the electronic filing procedure of this Court, and that through that procedure notice is sent to defendants' counsel.

/s/Mark Bronstein