UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05cv11672-WGY

Harold Liff

Plaintiff

v.

Liberty Mutual Insurance Company et al
Defendant

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, D.J.

The Court having been advised on  that the above-entitled action has been settled:
IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/ Matthew A. Paine

**Deputy Clerk**

April 12, 2006

To: All Counsel