UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD LIFF,<br><br>    Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, aka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, THE AMERISOURCE BERGEN COPRORATION LONG TERM DISABILITY PLAN, and AMERISOURCEBERGEN CORPORATION, aka AMERISOURCEBERGEN DRUG CORPORATION<br><br>    Defendants | Civil Action No. 05-11672-WGY |

### JOINT STIPULATION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL

The parties respectfully request that they be permitted an additional two weeks, or up to and including June 26, 2006, to finalize the settlement papers in this case and to file the Stipulation of Dismissal.

Respectfully submitted,                                    Respectfully submitted,

HAROLD LIFF,                                               LIBERTY LIFE ASSURANCE
                                                           COMPANY OF BOSTON,
By his attorney                                            By its attorneys,

/s/ Mark Bronstein                                         /s/ Richard W. Paterniti
Mark Bronstein, BBO # 058640                               Andrew C. Pickett, BBO# 549872
288 Walnut Street, Suite 120                               Richard W. Paterniti, BBO# 645170
Newton, MA 02460                                           Jackson Lewis LLP
(617) 244-5551                                             75 Park Plaza
                                                           Boston, MA 02116
                                                           (617) 367-0025

THE AMERISOURCEBERGEN
LONG TERM DISABILITY PLAN AND
THE AMERISOURCEBERGEN
CORPORATION a/k/a
AMERISOURCEBERGEN DRUG
CORPORATION
By their attorney,

/s/ Edward S. Rooney
Edward S. Rooney, Jr. BBO# 426840
Sandy Shen BBO#646961
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800

## CERTIFICATE OF SERVICE

This is to certify that on June 12, 2006, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing system.

/s/ Richard W. Paterniti
Jackson Lewis LLP