EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD LIFF,<br><br>    Plaintiff<br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, aka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, THE AMERISOURCE BERGEN COPRORATION LONG TERM DISABILITY PLAN, and AMERISOURCEBERGEN CORPORATION, aka AMERISOURCEBERGEN DRUG CORPORATION<br><br>    Defendants | Civil Action No. 05-11672-WGY |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Harold Liff, and Defendants, Liberty Mutual Insurance Company, a/k/a Liberty Life Assurance Company of Boston, AmerisourceBergen Corporation, and The AmerisourceBergen Corporation Long-Term Disability Plan, pursuant to Fed. R. Civ. P. 41(a), that this action shall be and hereby is dismissed, with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

| | |
|---|---|
| HAROLD LIFF,<br>By his attorney, | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>By its attorneys, |
| /s/ Mark Bronstein (RWP)<br>Mark Bronstein, BBO #058640<br>288 Walnut Street, Suite 120<br>Newton, MA 02460<br>(617) 244-5551 | /s/ Richard W. Paterniti<br>Andrew C. Pickett, BBO# 549872<br>Richard W. Paterniti, BBO# 645170<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

- 11 -

THE AMERISOURCEBERGEN LONG TERM
DISABILITY PLAN and
THE AMERISOURCEBERGEN CORPORATION
a/k/a AMERISOURCE DRUG CORPORATION,
By their attorneys,

<u>/s/ Edward S. Rooney, Jr. (RWP)</u>
Edward S. Rooney, Jr., BBO# 426840
ECKERT SEAMANS CHERIN & MELLOT, LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800

DATE: June 22 , 2006